TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director
United States Department of Justice, Civil Division
Federal Programs Branch

BONNIE J. PROBER
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 305-0528
(202) 616-8470 (fax)
Bonnie.Prober@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. AGUIRRE,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>            Defendant. | Civil No. 09cv1283 (MMA)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:        August 31, 2009<br>Time:       2:30 pm<br>Courtroom:  5<br>The Honorable Michael M. Anello |

**PLEASE TAKE NOTICE** that, on the date set forth above or as soon as counsel may be heard, in the courtroom of the Honorable Michael M. Anello, Defendant United States Department of the Treasury, by and through counsel, will move this Court to dismiss Plaintiff's Complaint in

the above-captioned action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Defendant's motion to dismiss is based upon this notice, the accompanying Memorandum of Points and Authorities, exhibits thereto, Plaintiff's Complaint, and any other matter the Court may consider at oral argument or otherwise.

DATED: July 24, 2009          Respectfully Submitted,

TONY WEST
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director


s/ Bonnie J. Prober
BONNIE J. PROBER
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 305-0528
(202) 616-8470 (fax)
Bonnie.Prober@usdoj.gov

*Attorneys for Defendant*