# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Michael J. Aguirre

**V.**   **JUDGMENT IN A CIVIL CASE**

United States Department of Treasury

CASE NUMBER:   09cv1283-MMA (WMc)

[ ]  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants the Motion to Dismiss by United States Department of Treasury for lack of subject matter jurisdiction.  The case is dismissed for failure to exhaust administrative remedies.

| September 1, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ L. Hammer |
|  | (By) Deputy Clerk |
|  | ENTERED ON September 1, 2009 |

09cv1283-MMA (WMc)